

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

JOSEPH ZIEGLER,

        Plaintiff,

Case No: 2:19-CV-00855

-VS-

Honorable_____

CHARLES "JEFF" RIDER,
JEFFREY BOGGS,

        Defendants,

_____/

## COMPLAINT FOR CIVIL ACTION

NOW COMES, JOSEPH ZIEGLER, Plaintiff presently filing in Pro Per, and forma pauperis, Who hereby moves this Honorable U.S. District Court For The Southern District of West Virginia, pursuant to 42 U.S.C. 1981 et seq through 42 USC 1986 et seq; Federal Common Law; and/or any/all other applicable Federal Statutes on violations of Federal Civil Rights and Federal Law as determined by the U.S. Supreme Court, by filing this herein meritorious Plaintiff's Federal Complaint For Civil Action, based upon any/all of the following:

### JURISDICTION

(1) This Pro Se Plaintiff states that he resides within this Honorable United States District Court For The Southern District of West Virginia's Jurisdiction, and that Defendant(s) et al violated and/or conspired to violate this Plaintiff's clearly established Federal Civil Rights, Federal Law and Federal Constitutional Rights within this Honorable United States District Court For The The Southern District of West Virginia's Jurisdiction. See 28 USC 1343.

## PARTIES PRESENTED

(2) That Plaintiff <u>JOSEPH ZIEGLER</u> is a Free U.S. Citizen that resides at 120 Court St, Chardon, Ohio 44024. Who possesses the capacity to sue the Defendants et at for blatantly violating and/or conspiring to violate the Plaintiff's clearly established Federal Civil Rights, Federal Statutes/Laws, and their U.S. Constitutional Rights protected under Federal Equal Protection of Law as setforth in the herein Claims For Action as determined by the U.S. Supreme Court.

(3) That Plaintiff-Respondent Clay Co Magistrate Court Magistrate <u>CHARLES "JEFF" RIDER</u> for Clay County, West Virginia at 225 Main Street, Clay, WV 25043. Who possesses the capacity to be sued for acting outside the color of State Law <u>Maliciously and Corruptly without Subject Matter Jurisdiction</u> for blatantly violating and/or conspiring to violate clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Claims For Action as determined by the U.S. Supreme Court.

(4) That Plaintiff-Respondent Clay Co Magistrate Court Magistrate <u>JEFEREY BOGGS</u> for Clay County, West Virginia at 225 Main Street, Clay, WV 25043. Who possesses the capacity to be sued for acting outside the color of State Law <u>Maliciously and Corruptly without Subject Matter Jurisdiction</u> for blatantly violating and/or conspiring to violate clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Claims For Action as determined by the U.S. Supreme Court.

## FIRST FEDERAL CLAIM FOR ACTION

(5) On **APRIL 4,2019**, This Pro Se Disabled Minority Plaintiff was engaging in exercising his clearly established Federal Equal Protection Right/Privilege to Freedom of the Press, Association, Movement, and Travel was unlawfully charged by Clay Co Sheriff Deputies while acting under color of

2

law <u>with False Traffic/DUI Charges concerning a undriveable motor vehicle with two flat tires</u>. That this Plaintiff lawfully inherited by Court-Order that was lawfully parked on private property, and was unlawfully towed/seized by the Clay Co Sheriff Department Deputies to deprive this Plaintiff of this Property without Due Process of Law, in violation of his Federal Equal Protection Right not to be Discriminated against based upon his Race, Disability, National Origin, or for being engaged in a Federally protected Right/Privilege to Freedom of the Press, Association, and Right not to be deprived of Property without Due Process of Law. That resulted in the Defendants violating and/or conspiring to violate this Plaintiff's clearly established Federal Civil Rights to Equal Protection of Law as determined by the U.S. Supreme Court.

(6) Further, On **APRIL 4,2019,** This Plaintiff states as his claim upon which relief must be granted is based upon the fact. That the Clay County Sheriff Depart Deputies MICHAEL MORRIS and RYAN THOMAS unlawfully dispatched King's Towing to have this Plaintiff's lawfully owned/inherited Property(ie, 2018 Ford Escape) to be unlawfully towed from private property without this owners permission from private property; Without this Plaintiff being allowed to make other arrangements by Right; and without Clay Co Sheriff Depart Deputies MICHAEL MORRIS and RYAN THOMAS conducting a mandatory/required "Inventory Search" according to the Clay Co Sheriff Depart Official Capacities, and Governmental Function for any/all his personal property contained inside this Plaintiff's Property(ie, 2018 Ford Escape) in blatant violation of the clearly established State and Federal Right to Property on Inventory Search cases.

(7) On **APRIL 8,2019**, This Plaintiff claims that he and friend from Clay County, West Virginia personally went to King's Towing with signed Court-Ordered "Letter of Authority" from Michigan and Credit Card, in order, to have this Plaintiff's Property(ie, Disabled 2018 Ford Escape with two flat tires

that was unlawfully towed from private property without permission of owner). This Plaintiff claims that the arresting Officer- Clay Co Sheriff Deputies MICHAEL MORRIS was waiting at King's Towing for this Plaintiff and physically threatened this Plaintiff. That if Plaintiff talks about or files anything in Federal Court that this Plaintiff would be arrested. This Plaintiff's Friend/Witness used a credit card and was charged to release this Plaintiff's Property, but then FRAN KING arbitrarily and capriciously refused to release Plaintiff's Property after paying for said Plaintiff's Property to be released and towed away by another private towing company that is not engaged in extortion/corruptions with the Clay Co Sheriff Department et al. **See Plaintiff's Exhibit A.**

## SECOND FEDERAL CLAIM FOR ACTION

(8) On **04/24/2019** This Plaintiff first timely filed a NOTICE FOR REMOVAL against the Defendants Clay County Magistrate Judge(s) For Clay County, WV in the Honorable U.S. District Court For Eastern District of Michigan STATE OF WEST VIRGINIA V JOSEPH ZIEGLER, Case No: 4:19-CV-11204 regarding false pending State Civil/Criminal DUI Charges within 30-Days of charges filed on case entitled STATE OF WEST VIRGINIA V JOSEPH ZIEGLER, Case No: 19-M08M-00187, pursuant to Federal Court Rule of Civil Procedure 81 et seq; 28 U.S.C. §241 through 28 U.S.C. §243 et seq; 28 U.S.C. §1441 through 28 U.S.C. §1452 et seq; and 28 U.S.C. §1331 and 1332 for violating, not honoring, and/or for not enforcing clearly established his Equal Protection Right not to be Discriminated against based upon his Race, Disability, National Origin, and/or for being engaged in a Federally protected Right/Privilege to Freedom of the Press, Association, and/or to Travel; and on **06/19/2019** it was Remanded for lack of jurisdiction over the Defendants Clay Co Courthouse Magistrate Judge(s) by Federal Judge Matthew F. Leitman.

(9) On **04/26/2019**, This Plaintiff timely filed this NOTICE FOR REMOVAL against the Defendants Clay County Magistrate Judge(s) For Clay County, WV in this Honorable U.S. District Court For Southern District of West Virginia <u>STATE OF WEST VIRGINIA</u> V <u>JOSEPH ZIEGLER</u>, Case No<u>: 4:19-CV-325</u> regarding the false pending State Civil/Criminal DUI Charges within 30-Days of charges filed on case entitled <u>STATE OF WEST VIRGINIA</u> V <u>JOSEPH ZIEGLER</u>, Case No<u>: 19-M08M-00187,</u> pursuant to Federal Court Rule of Civil Procedure 81 et seq; 28 U.S.C. §241 through 28 U.S.C. §243 et seq; 28 U.S.C. §1441 through 28 U.S.C. §1452 et seq; and 28 U.S.C. §1331 and 1332 for violating, not honoring, and/or for not enforcing clearly established his Equal Protection Right not to be Discriminated against based upon his Race, Disability, National Origin, and/or for being engaged in a Federally protected Right/Privilege to Freedom of the Press, Association, and/or to Travel; and on **09/19/2019** it was Remanded by the Honorable U.S. District Court For The Southern District Judge John J. Coperhaver Jr.

(10) That Federal Court Jurisdiction is secured and clearly established for U.S. District Courts to hear/decide Federal Notices of Removal of pending State Civil and Criminal Charge(s) against this Plaintiff pursuant to 28 USC 1443 et seq; 42 USC 1446 through 1447(c) et seq, and this U.S. District Court retains Exclusive Subject Matter Jurisdiction to enforce Federal Questions of Law over blatant violations of Equal Protection Civil Rights in pending State Civil/Criminal Charges over the Plaintiff-Repondents et al inability to enforce Federal Law protected under Equal Protection and the Fourteenth Amendment of the U.S. Constitution as determined by the U.S. Supreme Court.

(11) Further,, After Removal is filed/docketed, The "<u>*State Court Shall proceed no further unless and until the case is remanded*</u>", pursuant to clearly established Federal Statute 28 USC 1446(d). The Defendants are hereby advised that your atypical State Judicial Immunity will be negated if/when the

State Court Defendants et al act Malicious and Corruptly, and completely without Subject Matter Jurisdiction.

(12) This Plaintiff claims and proves that Federal Law is neither honored nor enforced by the Defendants et al. That when this Plaintiff appears at the Defendants Magistrate Court for West Virginia and/or Clay Co Courthouse on false charges against this Plaintiff. The Defendant State Judges already served and advised that clearly established Federal Law states that the- "*State Court Shall proceed no further unless and until the case is remanded*", pursuant to Federal Statute 28 USC 1446(d). The Defendants made it verbally and literally clear that Federal Law means NOTHING to Defendants et al.

(**NOTE**: It should be duly noted/proffered for the record that U.S. Magistrate Judge: DWANE TINSLEY that was assigned to both of this Plaintiff'S directly related pending Federal Civil Action Complaint JOSEPH ZIEGLER V CLAY CO SHERIFF et al, Case No: 2:19-CV-00410, and the Notice For Removal that U.S. Magistrate Judge: DWANE TINSLEY was fully aware that the Clay Co Magistrate Court Judge(s) acted Maliciously and Corruptly without legal Subject Matter Jurisdiction and conspired with the Defendants et al, and unaware naive Federal Prosecutors to RETALIATE against this Plaintiff as claimed in Civil Action Complaint. By having this disabled Pro Se Plaintiff arrested on Retaliatory False Federal Charges(ie, U.S. V ZIEGLER, CASE NO: 2-19-CR-00148) and for being held unlawfully without Right to Bond. When this Pro Se Plaintiff appeared on the pending False Clay County Magistrate Court DUI Charge lawfully removed Federal Notice of Removal of Clay County Magistrate Court on case entitled the STATE OF WEST VIRGINIA V JOSEPH ZIEGLER , Case No: 2:19-CV-00325.)

### THIRD FEDERAL CLAIM FOR ACTION

(13) On **JUNE 13,2019**, When this Plaintiff appeared for notice to appear sent by the Defendant Clay County Magistrate Court Judge CHARLES "JEFF" RIDER on the completely false DUI Charges while this Plaintiff's Civil Action Complaint, and Plaintiff's Federal Notice For Removal was pending in this Federal Court before the Honorable U.S. Magistrate Judge: DWANE TINSLEY against the Defendant Clay County Magistrate Court. The Defendant Clay Co Magistrate Court Judge CHARLES "JEFF" RIDER acted Maliciously and Corruptly without Subject Matter Jurisdiction conspired with the Clay Co Sheriff Deputies, and unaware naive Federal Prosecutors to RETALIATE against this Plaintiff. By having this

6

Plaintiff arrested on Retaliatory False Federal Charges(ie, U.S. V ZIEGLER, CASE NO: 2-19-CR-00148) to silence him as stated the Defendants said they would. If this Plaintiff filed a Federal Lawsuit, Replevin, and/or Removal in this Federal Court to engage in the protected clearly established right/activity to seek civil redress under equal protection right to due process of law protected under the U.S. Constitution without fear of Retaliation.

(14) On **JULY 25, 2019**, This Plaintiff claims that the Defendant Clay County Magistrate Court Judge JEFFREY BOGGS once again acted Maliciously and Corruptly without Subject Matter Jurisdiction by unlawfully conducting a Pretrial Hearing while being fully aware the Plaintiff's Civil Action Complaint, and Plaintiff's Federal Notice For Removal was still pending in Federal Court regarding this Plaintiff, and that Federal Charges were initiated by the Defendants against this Plaintiff. Because the Defendants et al systematically "denied and/or cannot enforce" clearly established Federal Law as setforth in the herein Notice For Removal.

(15) That Federal Court Jurisdiction is secured and clearly established for U.S. District Courts to hear/decide Federal Notices of Removal of pending State Civil and Criminal Charge(s) against this Plaintiff pursuant to 28 USC 1443 et seq; 42 USC 1446 through 1447(c) et seq, and this U.S. District Court retains Exclusive Subject Matter Jurisdiction to enforce Federal Questions of Law over blatant violations of Equal Protection Civil Rights in pending State Civil/Criminal Charges over the Defendants CHARLES "JEFF" RIDER and JEFFREY BOGGS complete inability to enforce Federal Law protected under the Federal Equal Protection Clause and the 14th Amendment of the U.S. Constitution as determined by the U.S. Supreme Court.

(16) Further,, After Removal is filed/docketed, The "*State Court Shall proceed no further unless and until the case is remanded*", pursuant to clearly established Federal Statute 28 USC 1446(d).

(17) This Plaintiff claims and proves that Federal Law is neither honored nor enforced by the Defendants et al. That when this Plaintiff appeared at the Defendants Clay Co Magistrate Court for false charges against this Plaintiff. The Defendants CHARLES "JEFF" RIDER and JEFFREY BOGGS were both already served and advised in said Federal Removal that clearly established Federal Law states that the "*State Court Shall proceed no further unless and until the case is remanded*", pursuant to clearly established Federal Statute 28 USC 1446(d). The Defendants made it verbally and literally clear that Federal Law means NOTHING to Defendants et al.

## DEMAND FOR JURY TRIAL

(18) This Pro Se Plaintiff states that he has stated a claim upon which relief should be granted against any/all of the Plaintiff's herein Federal Claims For Action, and that a reasonable Juror would rule/decide in Plaintiff's favor that Defendant(s) et al while acting under and outside the color of law blatantly violated Plaintiff's clearly established Federal Civil Rights, Federal Constitutional Rights and demands a Jury Trial. FRCVP Rule 38.

## RIGHT TO AMEND

(19) This Plaintiff reserves the Right to Amend the herein Federal Complaint For Civil Action as may be required under FRCP, Federal Statute, and in the Interest of Justice. FRCP Rule 15. As well as introduce "Similar Acts" of recent Routine Practice of Federal Civil Rights violations committed by the Defendants et al in violation of clearly established Federal Law as determined by the U.S. Supreme Court.

WHEREFORE, This Plaintiff demands that this Honorable U.S. District Court For The Southern District of West Virginia honors/grants Pro Se Plaintiff's Federal Complaint For Civil Action, pursuant to 42 U.S.C. 1981, 1983, 1985, 1986, Federal Common Law, and/or other applicable Federal Statutes. Since this Plaintiff has stated a claim upon which relief should/can be granted, and that there is a reasonable probability that a Jury would reasonably rule in Plaintiff's favor that the Defendants CHARLES "JEFF" RIDER and JEFFREY BOGGS violated, and/or conspired to violate this Pro Se Plaintiff's clearly established Federal Constitutional Rights to Life, Property, Due Process, Freedom From Discrimination, protected under Equal Protection of Law under the First, Sixth, Eighth, and Fourteenth Amendments of the U.S. Constitution and Federal Law as determined by the U.S. Supreme Court; and:

Further, This Pro Se Plaintiff's seeks/demands any/all of the following:

(A) That this Honorable US District Court issue both Declaratory and Injunctive relief to Plaintiff on any/all Claims For Action asserted by this Plaintiff against Defendants CHARLES "JEFF" RIDER and JEFFREY BOGGSacting <u>within</u> their Judicial-Capacities and found to be following Federal/State Law; Policy/Procedure; and not violating this Totally Plaintiff's clearly established Federal Civil Rights, and Federal Constitutional Rights.

(B) That this Honorable US District Court issue both Declaratory and Injunctive relief to Plaintiff on any/all Claims For Action asserted by Plaintiff against Defendants CHARLES "JEFF" RIDER and JEFFREY BOGGS from acting <u>within</u> their Judicial-Capacities, and Order Defendants et al from committing any further acts of Discrimination, Retaliation, Harassment, Coercion, and Intimidation of Plaintiff's, Witnesses, and Family/Friends for being engaged in exercising this Pro Se Plaintiff's clearly established Federal Civil Rights and/or Federal Constitutional Rights to Seek Redress from the Government/Courts under Due Process of Law by filing the herein meritorious Federal Civil Action Complaint;

(C) That this Honorable US District Court issue an "ORDER For Preliminary Injunctive Relief" against Defendants CHARLES "JEFF" RIDER and JEFFREY BOGGS from any further imminent "retaliation, harassment, coercion, threats, and intimidation" against Plaintiff for being lawfully engaging in exercising her Federal Constitutional Right under Equal Protection of Law, and Due Process of Law Seeking Redress against/from the Government/Courts" by filing this Federal Complaint For Civil Action as protected under Federal Laws, and protected the 1st and 14th Amendments of the US

Constitution as determined by the US Supreme Court;

(D) That this Honorable US District Court issue ORDER for Jury Trial for the herein Pro Se Plaintiff, in order, to actual, compensatory, treble, and/or punitive damages from the Defendants CHARLES "JEFF" RIDER and JEFFREY BOGGS in the sum of $1,000,000(ie, One Million Dollars) on any/all Federal Claims For Action asserted by this Pro Se Plaintiff against any/all Defendant(s) found to be acting <u>OUTSIDE</u> their Judicial-Capacities, and/or in their Individual-Capacities for violating clearly established Federal Laws; State Laws, Customs, Policies, Procedures, and Plaintiff's clearly established Federal Civil Rights protected under Federal Law for blatantly violating and/or conspiring to violate this Pro Se Plaintiff's clearly established Federal Laws, State Laws, Customs, Policies, protected under 42 U.S.C. 1981 et seq through 42 USC 1986 et seq; Federal Common Law, and the First and Fourteenth Amendments of the United States Constitution, as determined by the U.S Supreme Court, as all circumstances should dictate and Justice would so demand.

Date: 12/4/19

Respectfully Submitted,

*[signature]*

PLAINTIFF IN PRO SE
JOSEPH ZIEGLER
120 COURT ST
CHARDON, OHIO 44024